**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 20-81129-CIV-MIDDLEBROOKS/Snow
(05-CR-80063-MIDDLEBROOKS)

QUINTON BANNISTER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on Magistrate Judge Lurana S. Snow's Report and Recommendation ("Report"), issued December 29, 2020. (DE 13). After obtaining leave from the Eleventh Circuit Court of Appeals to file a successive habeas motion, Quinton Bannister filed this Motion to Vacate pursuant to 28 U.S.C. §2255. (DE 6). The Report recommends granting the motion in part and reserving ruling on the motion in part. (DE 13). No party has objected to the Report, and the time within which to do so has expired.

I have reviewed Judge Snow's Report and the record in this case. The Report is thorough and accurate and I agree with its recommendations. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (DE 13) is **ADOPTED.**

(2) Movant Quinton Bannister's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 6) is **GRANTED IN PART** and Movant's conviction and sentence as to Counts 7 and 10 in the underlying criminal case (Case No. 05-CR-80063-MIDDLEBROOKS) **SHALL BE VACATED** by separate Order**.**

(3) As it relates to Count 4, I will **RESERVE RULING** on the Motion to Vacate until such time as the Eleventh Circuit Court of Appeals resolves the following pending cases: *Cannon v. United States*, 11th Cir Case No. 16-16194, *Carlos Granada v. United States*, 11th Cir. Case No. 19-14771, and *Foster v. United States,* 11th Cir. Case No. 19-14771 (collectively, "the Pending Appeals").

(4) Until the Eleventh Circuit's mandates issue in the Pending Appeals, this case shall be **STAYED**. The Parties are directed to immediately advise this Court when all of the aforementioned Pending Appeals are resolved.

(5) The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE THIS CASE**. This court shall retain jurisdiction and the case shall be restored to the active docket upon motion of either party once the Eleventh Circuit renders opinions in the Pending Appeals.

(6) <u>Certificate of Appealability:</u> Because I am granting Movant's requested habeas relief in part (by agreement of the Parties), and I am reserving ruling in part, it does not appear necessary to make any determination about whether to issue a certificate of appealability at this time.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of January, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Magistrate Judge Lurana S. Snow
Counsel of Record